*George A. Dickinson* for appellant.

*Joseph Laufer* and *James L. Morrisson,* attorneys, Department of Justice, *David L. Bazelon, Assistant Attorney General,* and *John F. X. McGohey, United States Attorney for the Southern District of New York,* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.

JAMES M. HAGGERTY, as Administrator of the Estate of ROBERT HANEY, Deceased, Respondent, *v.* STATE OF NEW YORK, Appellant. (Claim No. 28495.)

Argued October 17, 1949; decided November 17, 1949.

*Nathaniel L. Goldstein, Attorney-General (John R. Davison, Wendell P. Brown* and *Ronald E. Coleman* of counsel), for appellant.

*Kenneth S. MacAffer* and *George F. Wenger* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND. DYE. FULD and BROMLEY, JJ.